UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BERNARD RIALS,<br><br>        Plaintiff,<br><br>  vs.<br><br>THOMAS KRZYMINSKI<br><br>        Defendant. | NO.  CV-08-085-RHW<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

    By Order filed June 9, 2008, the Court directed Mr. Rials, a prisoner at the Spokane County Jail, either to pay the full filing fee of $350.00, or comply with the *in forma pauperis* statute by submitting a certified copy of his six-month inmate trust account statement (or institutional equivalent) and a Declaration and Application to Proceed *In Forma Pauperis*.  Plaintiff did not comply and he has filed nothing further in this action.

    Accordingly, **IT IS ORDERED** this action is **DISMISSED** for failure to comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915(a).  The District Court Executive is directed to enter this Order, enter judgment against Plaintiff, forward copies to Plaintiff and close the file.

    **DATED** this 2nd day of July 2008.

                      *S/ Robert H. Whaley*
                      ROBERT H. WHALEY
        CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2008\Rials\8cv85rhw-7-2-dis.wpd

ORDER DISMISSING ACTION -- 1